■ SYLVIA LANDERS, Appellant, v AUTOMATIC IRRIGATION DESIGN, DIVISION OF STEWART SENTER, INC., Respondent.—Order of the Supreme Court, Suffolk County, dated May 2, 1977, affirmed, without costs or disbursements (see *MacFarland v State of New York,* 177 Misc 117; Ann., 8 ALR2d 33). Damiani, J. P., Hawkins, Suozzi and O'Connor, JJ., concur.